**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY CAMDEN VICINAGE**

| | |
|---|---|
| U.A. LOCAL 322 HEALTH & WELFARE FUND, et al., | Civil No. 20-3107 (RMB/KMW) |
| Plaintiffs, | **ORDER** |
| v. | |
| MARLEE CONTRACTORS, LLC, | |
| Defendant. | |

**THIS MATTER** comes before the Court upon Plaintiffs' December 8, 2020 letter [Docket No. 8] indicating that Plaintiffs' Request to Enter Default [Docket No. 5] was not properly served on Defendant or Defendant's New Jersey Registered Agent and that Plaintiffs' Motion for Default Judgment [Docket No. 7] might not have been properly served on Defendant. In their letter, Plaintiffs sought permission to re-file their Request to Enter Default "with a Certificate of Service reflecting that Plaintiffs properly served Defendant at its correct business address and via its New Jersey Registered Agent." [Docket No. 8, at 1.] "Then, after the Clerk re-enters Default, Plaintiffs will re-file the" Motion for Default Judgment, "also with a Certificate of Service reflecting" proper service. [Id.] The Court granted this request on December 8,

2020. [Docket No. 9.]

To facilitate the plan laid out in Plaintiffs' letter,

**IT IS** this  **9th**  day of  **December**  2020,

**ORDERED** that the Clerk's June 18, 2020 Entry of Default as to Marlee Contractors, LLC for failure to plead or otherwise defend is hereby **VACATED;** and it is further

**ORDERED** that Plaintiffs' Motion for Default Judgment [Docket No. 7] is **DISMISSED,** without prejudice, **AS MOOT.**

s/Renée Marie Bumb
RENÉE MARIE BUMB, U.S.D.J.